

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

March 12, 2024

> The parties' request is GRANTED.
>
> Defendants' response to the Complaint is due by **April 8, 2024.** The Order to Show Cause at ECF 9 is satisfied. All other deadlines remain unchanged. No further extensions of time to respond to the Complaint will be granted absent good cause shown.
>
> Dated: March 13, 2024
>   New York, New York
>
> SO ORDERED:
>
> _____
> **ROBYN F. TARNOFSKY**
> **UNITED STATES MAGISTRATE JUDGE**

**VIA ECF**
Judge Jennifer H. Rearden
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Kirkpatrick Dunbar v. Chick & Co., LLC, et al.*
<u>Docket No.: 24-cv-00801</u>

Your Honor:

      The law firm of Rivkin Radler, LLP represents Defendant, Chick & Co, LLC, ("Defendant"), in the above referenced action.  I write this letter on behalf of all the parties.

      Defendants have each sought, and Plaintiff's counsel has consented to an extension of time until April 8, 2024, for the Defendants to file their respective responsive pleadings. Accordingly, the parties request that the Court's Order to Show Cause dated March 11, 2024, *see, Dkt. # 9*, be adjourned *sin die*.

      Additionally, with reference to Your Honor's Order dated February 7, 2024, *see, Dkt. # 6,* the parties met and conferred concerning both the issue of standing, as well as possible early resolution. Plaintiff's counsel addressed the basis for his client's standing, as well as communicated the parameters of an early resolution.  Defendants' counsel will address same with their clients, as well as with each other, and revert back with Plaintiff's counsel to determine if either a resolution can be reached and, if not, whether the District Court's mediation program would be helpful.

      The parties respectfully request that Your Honor So Order the relief requested herein.

Respectfully submitted,

RIVKIN RADLER LLP

*Kenneth A. Novikoff*
Kenneth A. Novikoff

4871-9260-2541, v. 1

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777