UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRKPATRICK DUNBAR,

Plaintiff,

-against-

CHICK&CO LLC and
WEST VILLAGE ASSOCIATES LLC,

Defendants.

**NOTICE OF SETTLEMENT**

*Civil Action No.*: 1:24-cv-00801-JHR-RFT

PLEASE TAKE NOTICE that Plaintiff, **KIRKPATRICK DUNBAR,** and Defendants,

**CHICK&CO LLC** and **WEST VILLAGE ASSOCIATES, LLC**, hereby notify this Honorable

Court that a settlement has been reached in principle in the above-referenced case among the

parties. The parties are drafting the necessary documents and expect to finalize the agreement in

the coming weeks. Accordingly, we respectfully request a thirty (30) day order be issued.

Dated: New York, New York
       July 10, 2024

THE MARKS LAW FIRM, PC

By: _____
    Bradly G. Marks, Esq.
    *Attorneys for Plaintiff*
    155 E 55th Street, Suite 4H
    New York, NY 10022
    T:(646) 770-3775
    F: (646) 770- 2639
    E: brad@markslawpc.com